## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02364-RM-KLM

NIKOS HECHT,

    Plaintiff,

v.

GREAT NORTHERN INSURANCE COMPANY d/b/a CHUBB

    Defendant.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER REGARDING EXPERT DISCLOSURE DEADLINES AND THE DISCOVERY CUT-OFF

The parties, by and through their respective undersigned counsel, hereby submit this Joint Motion to Amend the Scheduling Order [Dkt. 35] Regarding Expert Disclosure Deadlines and the Discovery Cut-Off, showing the Court as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with each other and have agreed to the requested relief.

2. Plaintiff and Defendant have been engaging in discovery, including the production of thousands of documents on both sides.

3. Plaintiff requested the depositions of two individuals at Defendant's company, requesting dates of availability in April of 2018.

4. Unfortunately, Defendant and their undersigned counsel have severely strained schedules in the month of April, including a four-week arbitration in Texas starting on April 9th, 2018.

5. Because the witnesses requested by Plaintiff are critically important fact witnesses, Defendant finds it essential to ensure its lead counsel is available to adequately prepare the witnesses and defend their depositions.

6. Furthermore, Plaintiff believes that if the depositions were pushed to May, when Defendant is available, their affirmative experts would not be afforded adequate time to review and possibly incorporate or comment on deposition testimony in their reports which are currently due on May 31, 2018.

7. To accommodate the scheduling issues described above, the parties request the Court amend the Scheduling Order as follows:

    a. Affirmative Experts: June 29, 2018

    b. Rebuttal Experts: July 27, 2018

    c. Discovery Cut-Off: August 24, 2018

8. F.R.C.P. 6(b) provides that the Court may, in its discretion and for good cause shown, extend the time period prescribed for the completion of any act upon motion timely filed. The parties submit that this motion is timely, and that the forgoing demonstrates good cause for the granting of the relief requested.

9. Defendant has filed three Motions for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint which were granted by this Court. Neither party has moved for an extension of any kind since a responsive pleading was filed.

10. The granting of this motion will not prejudice any party, nor delay the proceedings.

WHEREFORE, the Parties respectfully request that this Court grant the extension of time to disclose expert testimony pursuant to F.R.C.P. 26(a)(2), up to and including June 29, 2018 for

affirmative expert disclosures, and July 27, 2018 for rebuttal experts, as well as an extension to the discovery cut-off up to and including August 24, 2018, and for any and all other relief the Court may deem just and proper under the circumstances.

Respectfully submitted this 6th day of April, 2018.

GODFREY | JOHNSON, P.C.

/s Joshua K. Smith
Joshua K. Smith
Brett M. Godfrey
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax: (303) 228-0701
Email: godfrey@gojolaw.com
*Attorneys for Defendant*

/s Hilary D. Wells
Douglas B. Tumminello, Esq.
Hilary D. Wells, Esq.
Holly C. White, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE
1200 17th Street, Suite 3000
Denver, CO 80202
dtumminello@lrrc.com
hwells@lrrc.com
hwhite@lrrc.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify I have served the foregoing upon the parties hereto via CM/ECF, this 6th day of April, 2018.

    Douglas B. Tumminello, Esq.
    Hilary D. Wells, Esq.
    Holly C. White, Esq.
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
    1200 17th Street, Suite 3000
    Denver, CO 80202
    dtumminello@lrrc.com
    hwells@lrrc.com
    hwhite@lrrc.com
    *Attorneys for Plaintiff*

    GODFREY | JOHNSON, P.C.

    /s Joshua K. Smith
    Joshua K. Smith
    Brett M. Godfrey
    9557 S. Kingston Court
    Englewood, Colorado 80112
    Phone: (303) 228-0700
    Fax: (303) 228-0701
    Email: godfrey@gojolaw.com
    *Attorneys for Defendant*